**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **PAUL SAPEU,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| **v.** | )    **CIVIL ACTION NO. 5:13-CV-7 (MTT)** |
| | ) |
| **IMMIGRATION AND CUSTOMS** | ) |
| **ENFORCEMENT,** *et al.*, | ) |
| | ) |
| **Respondents.** | ) |
| | ) |

## ORDER

Before the Court is Magistrate Judge Stephen Hyles's Recommendation on the Respondents' motion to dismiss.  (Doc. 36).  The Magistrate Judge recommends dismissing the Petitioner's § 2241 petition for writ of habeas corpus as moot because the Petitioner was released under an order of supervision on June 20, 2013.  The Petitioner has not objected to the Recommendation.

The Court has reviewed the Recommendation, and the Court accepts and adopts the Magistrate Judge's findings, conclusions, and recommendations.  The Recommendation is adopted and made the order of this Court.  Accordingly, the Respondents' motion to dismiss (Doc. 32) is **GRANTED** and the Petitioner's § 2241 petition (Doc. 1) is **DISMISSED without prejudice**.

**SO ORDERED**, this 23rd day of September, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT